MEG:JPM
F. #2019R00706

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JAHMEEK HUDSON,
    also known as "Jah,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

AFFIDAVIT AND COMPLAINT IN
SUPPORT OF APPLICATION FOR
AN ARREST WARRANT

(T. 18, U.S.C., § 1512(b)(1))

19-MJ-434

STEVEN SCHILIRO, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

Upon information and belief, in or about and between April 2019 and the present, both dates being approximate and inclusive, within the Eastern District of New York, the defendant JAHMEEK HUDSON, also known as "Jah," together with others, did knowingly and intentionally intimidate, threaten and corruptly persuade Jane Doe, and attempt to do so, with intent to influence, delay and prevent the testimony of Jane Doe in an official proceeding, to wit: a trial in the United States District Court for the Eastern District of New York.

(Title 18, United States Code, Section 1512(b)(1))

1

The source of your deponent's information and the grounds for his belief are as follows[1]:

1. I am a Special Agent with the FBI's New York Field Office and have been since 2009. I am currently assigned to the Metro Safe Streets Task Force. As such, I am a law enforcement officer empowered to conduct investigations of and to make arrests for criminal offenses committed within the United States. I have worked on numerous investigations involving violent gang and drug-trafficking organizations in and around New York City. I am familiar with the facts and circumstances set forth below from my personal involvement in this investigation, my review of documents, and from reports made to me by other law enforcement officers and personnel. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. On July 5, 2018, a grand jury in the Eastern District of New York indicted Shakeem Boykins ("Boykins") on one count of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g), in connection with the October 5, 2017 non-fatal shooting by Boykins of Jane Doe, a female individual, in the Louis H. Pink Houses, a New York City Housing Authority Complex in East New York, Brooklyn (the "Pink Houses"). Jane Doe is therefore a victim of Boykins' offense and potential witness against Boykins. The criminal case against Boykins is pending, and a trial in the United States District Court for the Eastern District of New York is scheduled to commence on or about June 10, 2019.

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

2

3. On or about April 13, 2019, Jane Doe contacted law enforcement officers to report that photocopies of a 2011 New York City Police Department ("NYPD") interview report concerning Jane Doe had been posted in the lobbies of numerous buildings of the Pink Houses. The photocopies of the Jane Doe interview report (hereinafter, the "Posters") did not pertain to the case against Boykins but, as described below, contained a threatening message against Jane Doe.

4. Law enforcement officers subsequently obtained copies of the Posters described by Jane Doe from a lobby of a Pink Houses residential building. The Poster had handwriting on it that read, "[Jane Doe] Been a Rat And She Still Ratting." I am aware, based on my training and experience, that "ratting" is a commonly used derogatory slang word for cooperating with police. I am also aware that publicly identifying someone, even inaccurately, as assisting law enforcement exposes such a person to a significant risk of physical or other harm.

5. On or about April 15, 2019, Jane Doe provided to law enforcement officers a recording and text messages received on Jane Doe's telephone on or about April 12, 2019 and April 13, 2019. Based on information from Jane Doe's phone and Jane Doe's statements to law enforcement, on or about April 12, 2019, at approximately 11:00 p.m., Jane Doe received a text message from the Facebook messenger account "Jah Banga," the Facebook account associated with the defendant JAHMEEK HUDSON. Among other things, photographs on the "Jah Banga" Facebook account appear to depict HUDSON, based on my comparison of his likeness to known law enforcement photographs of HUDSON. Jane Doe also identified the "Jah Banga" Facebook account as belonging to HUDSON, a

3

person whom Jane Doe knows as "Jah" and has known for a number of years from in and around the Pink Houses.

6. During the Facebook messenger conversation with Jane Doe, Jane Doe requested a telephone number in order to speak with the person messaging her about why he had attempted to contact Jane Doe. Jane Doe received a telephone number. A family member of Jane Doe's ("Jane Doe's Family Member") called the telephone number and spoke to a male individual known to Jane Doe ("Co-Conspirator #1") while Jane Doe listened to the call. Based on information from Jane Doe, Co-Conspirator #1 believed that he was speaking with Jane Doe's husband and stated, in sum and substance, that he had all the information he needed to know.

7. Following the telephone call between Co-Conspirator #1 and Jane Doe's Family Member, at approximately 11:53 p.m., Jane Doe received a text message from a different telephone number that ended in 9936 (the "9936 Number") in which the author identified himself as "Jah" [i.e., the defendant JAHMEEK HUDSON]. The text message read:

> Yo this y niggas was reaching out to ya bitch nigga she a rat and the little dog jammed up cuz of this bitch we just want you'll to keep street tell that bitch don't testify on the lil bro and this jah not [Co-Conspirator #1] the lil bro reach out to me and that was my only way of getting in touch so I no u a real nigga so make ya wife keep it real nigga.

The text message included a video recording. On the video recording, a voice, who Jane Doe identified as the defendant JAHMEEK HUDSON, can be heard to say: "Goin over all these rats out here. [Jane Doe], this 2011, she's been rattin." The video appears to display

4

one of the Posters and the speaker identified as HUDSON states, in part, "She rattin on little homie now."

8.      Based on my training and experience and participation in this investigation, I believe that the reference to "ya bitch nigga" was used because the defendant JAHMEEK HUDSON believed that he was communicating with Jane Doe's husband. Further, the text message references the prior call Jane Doe's Family Member had with Co-Conspirator #1 ("Yo this y niggas was reaching out to ya bitch").  I further believe that the reference to "she a rat" is a reference to Jane Doe.  I also believe that "to keep street" means to avoid cooperating with law enforcement.  Further, the use of "lil bro" in the message and in the recording sent to Jane Doe's phone was a reference to Boykins, who is younger than HUDSON.  Based on the content of the messages, language of the poster, and my training and experience, I believe that HUDSON was attempting to prevent Jane Doe from testifying against Boykins, including by saying: "tell that bitch don't testify on the lil bro."  In addition, I am informed by Jane Doe that she felt threatened by the messages and the Posters.

9.      Law enforcement officers obtained email and telephone calls of Boykins from the Metropolitan Detention Center ("MDC").  Prior to the events recounted above, on or about April 9, 2019, Boykins sent an email that read, in part: "[S]ee if u get jah number for me I need to talk to him about something . . . ."  The reference to "jah number" appears to be a reference to the defendant JAHMEEK HUDSON's telephone number. Three hours later, the recipient of the email described above wrote to Boykins: "This jah # [9936 Number]."  The telephone number provided to Boykins was the same number used by HUDSON to contact Jane Doe.

5

10. Based on records obtained from Sprint Corporation ("Sprint"), the registered carrier of the 9936 Number, the subscriber for the 9936 Number is "Jah Jah." Call data records show three telephone calls between the 9936 Number and Jane Doe's telephone number near and just after midnight on April 13, 2019.

11. Law enforcement officers obtained video surveillance footage from numerous Pink Houses buildings for April 13, 2019.  Upon reviewing the footage, agents observed an individual wearing an orange cap posting most of the Posters of Jane Doe's interview report with the language about Jane Doe being a "Rat" in the lobbies of the Pink Houses.  The individual's appearance was consistent with the appearance of JAHMEEK HUDSON, based on my review of publicly available social media profile photographs of HUDSON and law enforcement records.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant JAHMEEK HUDSON so that he may be dealt with according to law.

I further request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant.  Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the internet.  Therefore, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the

investigation, including by giving the defendant an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence and change patterns of behavior.

Steven Schiliro
Special Agent
Federal Bureau of Investigation

Sworn to before me this
8th day of May, 2019

THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK